

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

George Teel, Appellant

No. 06-25-00030-CV      v.

National Funding, Inc., Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 19C505). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, George Teel, pay all costs incurred by reason of this appeal.

RENDERED JUNE 16, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk